March 15, 2012



# JUDGMENT
## The Fourteenth Court of Appeals

DOUG SHOWS, Appellant

NO. 14-09-00895-CV                    V.

MAN ENGINES & COMPONENTS, INC. AND MAN NUTZFAHRZEUGE
AKTIENGESELLSCHAFT, Appellees
_____

This court today heard a motion for rehearing filed by appellant DOUG SHOWS. We order that the motion be granted and that this court's former judgment of October 11, 2011 be vacated, set aside, and annulled. We further order that this court's opinion of October 11, 2011 be withdrawn. This cause, an appeal from the judgment in favor of appellees, MAN ENGINES & COMPONENTS, INC. AND MAN NUTZFAHRZEUGE AKTIENGESELLSCHAFT, signed September 2, 2009, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause with instructions for the trial court to adjudicate appellant's request for attorney's fees and then to render judgment on the jury's verdict, with attorney's fees to be awarded as determined by the trial court on remand. We order appellees, MAN ENGINES & COMPONENTS, INC. AND MAN NUTZFAHRZEUGE AKTIENGESELLSCHAFT, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.